UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MONA MONTRAGE,

             Defendant.

ORDER

21 Mag. 11299

Upon the application of the United States of America, by Assistant United States Attorney Mitzi Steiner, it is hereby ORDERED that the Complaint in this matter, 21 Mag. 11299, be unsealed.

Dated: New York, New York
      May 11, 2023

                                        HONORABLE VALERIE FIGUEREDO
                                        UNITED STATES MAGISTRATE JUDGE